

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALL BY GRACE HEALTH CARE, INC. | § | No. 08-22-00223-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 353rd Judicial District Court |
| | § | |
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION | § | of Travis County, Texas |
| | § | (TC# D-1-GN-22-004307) |
| Appellee. | § | |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's second motion for extension of time within which to file the brief until **February 25, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Hayley Ellison, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 25, 2023.

IT IS SO ORDERED this 26th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.